1   Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com

2   Gabrielle J. Korte, Bar No. 209312
gkorte@lcwlegal.com

3   LIEBERT CASSIDY WHITMORE
A Professional Corporation

4   153 Townsend Street, Suite 520
San Francisco, CA  94107

5

6   Telephone:   (415) 512-3000
Facsimile:   (415) 856-0306

7   Attorneys for Defendant
CITY OF SOUTH LAKE TAHOE

8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11

12   JOSH ADLER, et al.,        No.  CIV-S-05-0918 MCE/GGH

        Plaintiff,     **ORDER STAYING DISCOVERY UNTIL**
13                **COMPLETION OF MEDIATION AND**
    v.               **CONTINUING PLAINTIFF'S MOTION TO**
14                **STRIKE**

15   CITY OF SOUTH LAKE TAHOE,

        Defendant.
16

17

      The parties have stipulated thereon, it is hereby ORDERED that:
18

19       1.       Discovery in this matter is stayed until completion of mediation, to be held

20   in approximately mid-November, 2005.

21       2.       Plaintiff's Motion to Strike is continued from September 12, 2005 to

22   December 12, 2005.

23   Dated: August 17, 2005

24

25   MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

26

27

28