1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    JOSH ADLER, DAVID ALLEN,          No. 2:05-cv-0918-MCE-GGH
      LEONA ALLEN, MARK ALLEN,
12    SCHYLER BEATY, RICHARD
      CANALE, LINDA CLARK, MICAHEL
13    DENTE, KAREN EXTRUM, RHETT        **ORDER RE: SETTLEMENT AND**
      GANN, ROBERT HEINDL, ROBERT       **DISPOSITION**
14    HIGHT III, THERESA HIGHT,
      JESSICA HLEBAKOS, ROBERT
15    HUMPHREY REBECCA INMAN, DONNA
      KINGMAN-SILVA, BRYAN
16    KUHLMANN, SHANNON LANEY,
      DEANNA LEWIS, RICK MARTINEZ,
17    BRIAN MCGUCKIN, ALLEN
      MOLESWORTH, CHARLES OWENS,
18    JEFF REAGAN, ROBERT REFER,
      KORY RODRIGUEZ, ALEX
19    SCHUMACHER, BRODIE SEAGRAVE,
      CANDICE SILVA, CHRISTINE
20    SNEAD, ROD ST. CLAIR, MARK
      TAPPEN, PHILLIP WILLIAMS,
21    SCOTT WILLSON acting for
      themselves and others
22    similarly situated,

23             Plaintiffs,

24        v.

25    CITY OF SOUTH LAKE TAHOE,

26             Defendants.
      _____/
27

28    ///

1    Pursuant to the representations of the attorney for
2  Plaintiffs, the Court has determined that this case is settled.
3    In accordance with the provisions of Local Rule 16-160,
4  dispositional documents are to be filed on or before May 26,
5  2006.
6    Failure to comply with this Order may be grounds for the
7  imposition of sanctions on any and all counsel as well as any
8  party or parties who cause non-compliance with this Order.
9    IT IS SO ORDERED.
10 DATED: May 9, 2006
11
12
13                         _____
14                         MORRISON C. ENGLAND, JR
                           UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28