UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH ADLER, DAVID ALLEN, LEONA ALLEN, MARK ALLEN, SCHYLER BEATY, RICHARD CANALE, LINDA CLARK, MICAHEL DENTE, KAREN EXTRUM, RHETT GANN, ROBERT HEINDL, ROBERT HIGHT III, THERESA HIGHT, JESSICA HLEBAKOS, ROBERT HUMPHREY REBECCA INMAN, DONNA KINGMAN-SILVA, BRYAN KUHLMANN, SHANNON LANEY, DEANNA LEWIS, RICK MARTINEZ, BRIAN MCGUCKIN, ALLEN MOLESWORTH, CHARLES OWENS, JEFF REAGAN, ROBERT REFER, KORY RODRIGUEZ, ALEX SCHUMACHER, BRODIE SEAGRAVE, CANDICE SILVA, CHRISTINE SNEAD, ROD ST. CLAIR, MARK TAPPEN, PHILLIP WILLIAMS, SCOTT WILLSON acting for themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>CITY OF SOUTH LAKE TAHOE,<br><br>       Defendants.<br>_____/ | No. 2:05-cv-0918-MCE-GGH<br><br>**AMENDED ORDER RE: SETTLEMENT AND DISPOSITION** |

///

Pursuant to the representations of the attorney for Plaintiffs, the Court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 31, 2006.

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

IT IS SO ORDERED.

DATED: May 9, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE